UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:25-02983 RGK (ADS)                    Date:  September 30, 2025

Title:  *Mark Liu v. Warden Birkholz*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE RESPONSE TO PETITION**

Petitioner Mark Liu filed a Second Amended Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition") on July 28, 2025.  (Dkt. No. 7.)  On August 11, 2025, this Court issued an Order Requiring Response to the Second Amended Petition.  (Dkt. No. 8.)  The Court ordered Respondent to respond to the Petition by either filing a Motion to Dismiss by September 10, 2025 or an Answer by September 25, 2025.  (Id.)  As of the date of this Order, Respondent has not filed a Motion to Dismiss or an Answer in response to the Petition.

Respondent is **ORDERED TO SHOW CAUSE** why it has failed to file a response to the Petition **by no later than October 7, 2025**.

**IT IS SO ORDERED.**

Initials of Clerk kh