UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LIU, | Case No. 2:25-02983 RGK (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN BIRKHOLZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition (Dkt. No. 7), Respondent's Motion to Dismiss (Dkt. No. 16), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 18), and all the records and files herein. Petitioner did not file an opposition to the Motion to Dismiss or objections to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 18);

2. The Motion to Dismiss is granted (Dkt. No. 16), and the action is dismissed; and

3. Judgment is to be entered accordingly.

DATED:  2/27/2026

_____
THE HONORABLE R. GARY KLAUSNER
United States District Judge