UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LIU,<br><br>              Petitioner,<br><br>              v.<br><br>WARDEN BIRKHOLZ,<br><br>              Respondent. | Case No. 2:25-02983 RGK (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the action dismissed.

DATED:  2/27/2026

_____
THE HONORABLE R. GARY KLAUSNER
United States District Judge